UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Derick Tyler,

    Petitioner,

v.

David Nolan,

    Respondent.

Civil Action
No. 04-12680-NMG

FILED
CLERKS OFFICE

2005 MAR -7 P 3: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

## CERTIFICATE OF SERVICE

    I, Derick Tyler, hereby certify that I caused a true copy of the foregoing "Status Report" and "Motion For Extension of Time" to be served on Thomas F. Reilly, Attorney General, One Ashburton Place, Boston, Ma. 02018, by regular mail.

                                                        Derick Tyler
                                                        Derick Tyler, Pro se
                                                        MCI-Cedar Junction
                                                        P.O. Box 100
                                                        South Walpole, Ma. 02071

Dated: 3/5/05