UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Derick Tyler,

    Petitioner,

v.

David Nolan,

    Respondent.

Civil Action
No. 04-12680-NMG

### MOTION TO APPOINT COUNSEL

Now comes the defendant, Derick Tyler, in the above-captioned matter moves this Honorable Court to appoint him counsel to represent him in this matter.

The defendant contends that he is law-illiterate and that a jailhouse lawyer is the one who drafted these pleadings for him, and that without an experienced counsel to prosecute his meritorious claims presented in these pleadings, justice will denied. In the interest of justice, the defendant prays that this court allows this motion.

                          Respectfully Submitted,

                          Derick Tyler, Pro se
                          MCI-Cedar Junction
                          P.O. Box 100
                          South Walpole, Ma. 02071

Dated: