UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DERICK TYLER, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12680-NMG |
| | ) | |
| DAVID NOLAN, | ) | |
| Respondent. | ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned counsel on behalf of the respondent, David Nolan.

          Respectfully submitted,

          THOMAS F. REILLY
          ATTORNEY GENERAL

          /s/ Jonathan Ofilos
          Jonathan Ofilos
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, Massachusetts 02108
          (617) 727-2200, ext. 2634
          BBO # 658091

Dated: November 10, 2005

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served upon the petitioner, Derick Tyler, on November 10, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Derrick Tyler, *pro se*, MCI Cedar Junction, P.O. Box 100, South Walpole, Massachusetts 02071.

      /s/ Jonathan Ofilos
      Jonathan Ofilos
      Assistant Attorney General