UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DERICK TYLER, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12680-NMG |
| | ) | |
| DAVID NOLAN, | ) | |
| Respondent. | ) | |

**MOTION FOR RELIEF FROM CONFERENCE REQUIREMENT
PURSUANT TO FED.R.CIV.P. LOCAL RULE 7.1**

The respondent, through counsel, hereby respectfully requests that this Court grant relief from the requirement of Local Rule 7.1 of the Rules of Civil Procedure mandating that parties confer before filing motions in civil cases. In support of this motion, respondent states that such conferences are not practicable since the petitioner, who is acting pro se, is incarcerated.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Jonathan Ofilos
Jonathan Ofilos
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2634
BBO # 658091

Dated: November 10, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the petitioner, Derick Tyler, on November 10, 2005, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, to him as follows: Derrick Tyler, *pro se*, MCI Cedar Junction, P.O. Box 100, South Walpole, Massachusetts 02071.

                                              /s/ Jonathan Ofilos  
                                              Jonathan Ofilos  
                                              Assistant Attorney General