Mr. Derick Tyler
P.O. Box 8000
Shirley, MA. 01464

Anthony Anastas, Clerk
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA. 02210

Dated: 11-24-05

Re: Derick Tyler v. David Nolan,
No. 04-cv-12680-NMG

Dear Clerk,

Please be advised that I have moved to a new address. All future correspondence should be mailed to me at the above-listed address.

Thank you for your attention to this matter.

Very truly yours,

Derick Tyler, Pro Se
*Derick Tyler*

CC: Elizabeth Eleather, AAG