United States District Court
District of Massachusetts

FILED IN CLERKS OFFICE
2006 MAR 17 P 12:32
U.S. DISTRICT COURT
DISTRICT OF MASS.

Derick Tyler,
　　Petitioner,

v.

David Nolan,
　　Respondent.

Civil Action
No. 04-12680-NMG

Petitioner's Certificate of Appealability

Now comes the Petitioner, Derick Tyler, moves this court for a "COA" on the dismissal of his 28 U.S.C. § 2254 petition as time-barred. In support hereof, the Petitioner states:

1. A criminal defendant in Massachusetts can file a Rule 30(b) motion for new trial at "any time" to challenge his conviction. See Mass. R. Crim. P. 30(b).

2. Since the Petitioner filed his "first"

-2-

Post-conviction motion for new trial in 1999, his time under § 2244(d)(1) does not start running until he appeals his conviction and the appeals process has run its course. See Gaskins v. Duval, 183 F.3d 8 (1st Cir. 1999). In Gaskins, the petitioner filed his § 2254 petition after properly filing collateral attack motions with the state. The federal district court denied Gaskins petition as being "time-barred" because the district court judge ruled that the tolling provisions did not apply. The First Circuit Court of Appeals reversed ruling that "applying the tolling provisions encourages respect for the principle of comity and compliance with the requirement that, ordinarily, a state prisoner must first exhaust his state court remedies before seeking federal

-3-

HABEAS RELIEF," Gaskins at 10. That is just what the Petitioner did here. The Respondent[s] and this Court is overlooking 28 U.S.C. 2244(d)(2).

3. Since Massachusetts has not set filing preconditions for Rule 30 motions for new trial, this makes his § 2254 petition "PROPERLY FILED" because his state appeal conforms to Massachusetts formal filing requirements. See, e.g., Carter v. Litscher, 275 F.3d 663 (7th Cir. 2001); Smith v. Walls, 276 F.3d 340 (7th Cir. 2002).

4. The Petitioner believes the Court's ruling is in apposite to recent law and seeks a Certificate of Appealability on the question of what's "PROPERLY FILED" as it pertains to post-conviction motions for new trial in the State Court.

-4-

DATED: 3/13/06

Respectfully Submitted,
Derick Tyler
DERICK TYLER, PRO SE
S.B.C.C.
P.O. Box 8000
Shirley, MA. 01464

Certificate of Service

I, DERICK TYLER, CERTIFY THAT A COPY WAS SERVED ON: JONATHAN M. OFILAS, AAG, OFFICE OF THE ATTORNEY GENERAL, ONE ASHBURTON PLACE, BOSTON, MA. 02108, BY FIRST CLASS MAIL, POSTAGE PRE-PAID.

Derick Tyler
DERICK TYLER, PRO SE

DATED: 3/13/06